IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**HENRI ORTIZ BONILLA,**

  *Petitioner*,

v.              Civil No.: 1:26-cv-00164-JRR

**KRISTI NOEM,** *et al.*,

  *Respondents*.

## ORDER

  Pending now before the court is Henri Ortiz Bonilla's Petition for Writ of Habeas Corpus (ECF No. 1; the "Petition"). The court has considered all papers, including the parties' Joint Notice at ECF No. 7.

  For the reasons set forth on the record at the conference convened today, it is this 22nd day of January 2026:

  **ORDERED** that the Petition (ECF No. 1) shall be, and is hereby, **GRANTED in part and DENIED as moot in part** as follows: The Petition is **GRANTED** as to Count I; and otherwise **DENIED AS MOOT**. Specifically, Petitioner is subject to discretionary detention under 8 U.S.C. § 1226(a), not mandatory detention under 8 U.S.C. § 1225(b); and Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d). Therefore, Respondents shall be, and are hereby, **ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225(b); and further it is

  **ORDERED** that a bond hearing shall be held within (ten) 10 days of Petitioner's filing a motion for same with the Immigration Court. The bond hearing may be conducted by an Immigration Judge with jurisdiction or control over Petitioner's detention, including one where Petitioner is then-located; and further it is

**ORDERED** that the court shall **RETAIN** jurisdiction over this matter to enforce compliance with this order.

Madam Clerk is directed to **CLOSE THIS CASE**.

/S/

_____
Julie R. Rubin
United States District Judge